No. 71–5828. CROW v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.

No. 71–5888. BAXTER v. DAVIS ET AL. C. A. 1st Cir. Motion for leave to amend petition granted. Certiorari denied.

No. 1588, October Term, 1970. SEARS, ROEBUCK & CO. ET AL. v. SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL., 403 U. S. 905, 404 U. S. 960. Motion for leave to file second petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–612. VON POPPENHEIM v. PORTLAND BOXING & WRESTLING COMM'N ET AL., 404 U. S. 1039. Petition for rehearing denied.

No. 71–5171. CUNNINGHAM v. WINGO, WARDEN, 404 U. S. 1064, and ante, p. 948. Motion for leave to file second petition for rehearing denied.

No. 71–5534. OLIVER v. HARRISON COUNTY CLERK ET AL., 404 U. S. 1061. Motion for leave to file petition for rehearing denied.